THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUN GYEONG YEON, individually and on behalf of the Estate of Sarah Ha, deceased; and HYO GI YEON, <br><br> Plaintiffs, <br><br> v. <br><br> BUDGET AUTO WRECKING, INC.; and PEP BOYS – MANNY, MOE & JACK OF DELAWARE, INC., <br><br> Defendants. | CASE NO. C19-1023-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to remand to state court (Dkt. No. 6). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The case is REMANDED to King County Superior Court, where it had been docketed as Case No. 19-2-15292-3-KNT;

2. The Clerk is DIRECTED to mail a certified copy of this order to the clerk of the King County Superior Court; and

MINUTE ORDER
C19-1023-JCC
PAGE - 1

3. The Clerk is further DIRECTED to close this case.

DATED this 10th day of July 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C19-1023-JCC
PAGE - 2